United States Bankruptcy Court
Northern District of Illinois
Eastern Divison

In Re:  )
Kenneth V. Turner  )  Case No.: 14-04702
  )
  )  Chapter: 13
  )
Debtor(s)  )
  )

### NOTICE OF DEFICIENCY AND/OR CORRECTION(S) REQUIRED

To: Tom Vaughn
55 E Monroe Street, Suite 3850
Chicago IL 60603

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 07 2016
JEFFREY P. ALLSTEADT, CLERK

The document(s) are deficient for one or more of the following reasons:

**RETURN CHECK /MONEY ORDER/CASHIER'S CHECK**

☐ Unsigned
☐ Debtor(s) or Company check unacceptable
☐ No fee is required
☐ Other:

---

**NEW BANKRUPTCY CASE**

We were unable to process your case because the following documents are missing and required at case opening:

☐ Voluntary Petition (Official Form 101 or 201)
☐ Statement of Social Security Number (Official Form 121)
☐ List of Name and Addresses of All Creditors
☐ Missing Signature(s)
☐ No form of payment (one of the following is required)
- Full Filing Fee
- Application/Order for Individuals to Pay the Filing Fee in Installments (Official Form 103A)
- Application/Order to Have the Chapter 7 Filing Fee Waived (Official Form 103B)
☐ Other:

Revised: 12/19/2015

In Re: Kenneth V. Turner                                           Case No. 14-04702

## NOTICE OF DEFICIENCY AND/OR CORRECTION(S) REQUIRED

### APPLICATION FOR INDIVIDUALS TO PAY THE FILING FEE IN INSTALLMENTS[1]

The Application for Individuals to Pay the Filing Fee in Installments, filed is deficient for one or more of the following reasons. Please submit as an **AMENDED** Application for Individuals to Pay the Filing Fee in Installments

- [ ] Part 1:1 – Incorrect chapter selected. Please check the appropriate box
- [ ] Part 1:2 – Amounts are missing or does not equal the entire fee for the chapter you checked in line 1
- [ ] Part 1:2 – Dates are missing or incomplete
- [ ] Part 1:2 – Total does not equal the entire fee for the chapter you checked in line 1
- [ ] Part 2 – Missing signature(s)/Date(s)
- [ ] Other:

### APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED[1]

The Application to Have the Chapter 7 Filing Fee Waived for Individuals to Pay the Filing Fee in Installments, filed is deficient for one or more of the following reasons. Please submit as an **AMENDED** Application to Have the Chapter 7 Filing Fee Waived.

- [ ] Missing Signature(s)
- [ ] Other:

### ADVERSARY PROCEEDING

- [ ] Alias Summons:

- [ ] Amended Complaint:

- [ ] Adversary Proceeding Coversheet:

- [ ] Amended Adversary Proceeding Coversheet:

- [ ] Other:

---

[1] The Amended Application must be filed within 10 days of the date of this Notice.

In Re: Kenneth V. Turner                                                                 Case No. 14-04702

## NOTICE OF DEFICIENCY AND/OR CORRECTION(S) REQUIRED

**RETURNED DOCUMENT(S) – REQUEST FOR ADDITIONAL INFORMATION**

In order to properly process your document(s), additional information is needed:

- [ ] Case number and case name does not match our records. Please verify the correct case number and/or case name.
- [ ] Case number is not listed on the document. Please provide the case number.
- [ ] Please fill out the attached Proof of Claim form.
- [ ] Other:

**MOTION DEFICIENCEY** – Motion is deficient for the follow:

- [ ] Motion is deficient for payment. Please submit payment.
- [ ] Notice of Motion – please complete and submit.
- [ ] Proposed Order – please complete and submit.

**ADDITIONAL CORRECTIONS REQUIRED** – Please make all necessary corrections to the document(s) listed below.

- [ ] Amended Schedule/List of Creditors is deficient for payment. Please submit payment.
- [ ] Amended Petition to Correct:
- [ ] Motion to Redact and Proposed Order[2]
- [x] Other:
  Required document if unclaimed funds not uploaded on the docket. Please upload unclaimed funds report.

---

[2] A motion to redact personal information prohibited under Fed.R. Bankr. P. 9037(A) should be filed without notice of motion and without serving other parties. The motion must be accompanied by a redacted version of the filed document and a proposed order requiring the clerk to substitute the redacted document for the unredacted document. A proposed order can be found on the courts website http://www.ilnb.uscourts.gov under Forms/Local Bankruptcy Forms titled Order to Redact. We are attaching a sample of the order.

---

Include the name of the debtor/joint debtor, the case number, the signature of the debtor/joint debtor on all required documents. If applicable, include the signature of the attorney representing the debtor/joint debtor.

**PAYMENT REQUIRED** – Please include a cashier's check or money order payable to **Clerk, U. S. Bankruptcy Court**

Please mail the required document(s) or payment listed above, including this Notice to my attention at:

Date: 07/07/2016                    Deputy Clerk    **Charles E. McMullen**

                                    Contact Number  (312) 408-5000